JONES *v.* ROOCHE.

STEBBENS
v.
CUBBERLY.

APPEAL from the *Huntington* Court of Common Pleas.
*Per Curiam.*—The judgment in this case is affirmed
with costs and 10 per cent. damages.   The record presents
no question to this Court.

*Monday,
May 31.*

*J. D. Conner* and *I. Delong,* for the appellant.

*J. R. Coffroth,* for the appellee.

---

STEBBENS *v.* CUBBERLY.

APPEAL from the *Grant* Court of Common Pleas.
*Per Curiam.*— *Cubberly* filed, in the *Grant* Common
Pleas, his complaint, in three paragraphs, on two promis-
sory notes and an account.   The notes, and a bill of par-
ticulars, were filed with the complaint.   The notes and
account were against one *Stebbens.*   He affidavit that the notes and account were were due,
that he confessed judgment on them no to defra
creditors, &c.

*Monday,
May 31.*

The Court rendered the judgment.

*Stebbens* then appealed to this Court, and assigns for
error, that the notes are not set out in the judgment. He
refers to § 384, 2 R. S. p. 124.

We think that section applies only to cases where no
complaint, containing a copy of the cause of action, or ac-
companied by the cause, is filed.   In such case, the judg-
ment, to bar another action for the same cause, should con-
tain the statement provided for in that section.   Here, the
complaint supplies it.

The judgment is affirmed with 10 per cent. damages and
costs.

*J. M. Harlan,* for the appellant.

*A. Steele* and *H. D. Thompson,* for the appellee.